UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:06CR626 CAS |
| PAUL BOSCH, | ) |  |
| Defendant. | ) |  |

## RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herewith:

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Statements (Doc. #18); Defendant's Motion to Suppress Evidence (Doc. #19), and Defendant's Motion to Dismiss Indictment for Lack of Subject Matter Jurisdiction be **denied**.

Further, the parties are advised that they have until Friday, March 2, 2007, in which to file written objections to this recommendation and determination. Failure to timely file objections may result in waiver of the right to appeal questions of fact. Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990).

                                                /s/ Terry I. Adelman
                                  UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of February, 2007.